Date:       February 7, 2006

To:         PRCA Board of Directors

From:       Larry W. McCormack
            Executive Director
            ProRodeo Hall of Fame

Re:         State of the ProRodeo Hall of Fame

Dear Board of Directors:

    Since the last meeting of the Board of Directors, the ProRodeo Hall of Fame and Museum of the American Cowboy has undergone many changes. We have implemented several of the programs I reported to the Board at the last meeting as well as many that I did not anticipate. In the recent past, my staff and I have made several beneficial contacts at the local, national, and international levels.

    After having a successful run from August through October, we closed the Iron Pony exhibition and opened the Chris LeDoux and Friends Art Exhibition. People from all over the country came to visit the Hall and view the exhibition. We held a very successful reception, and through the art display, we developed many new personal contacts that support Chris and his legacy.

    In December, we teamed up with Peter Relyea from Cowboys 4 Kids and took our show on the road to the convention and Cowboy Christmas at the WNFR in Las Vegas. We displayed Pete's magnificent "Cowboy Chopper" as well as the custom Hall of Fame Harley-Davidson (both motorcycles are still on display in the front lobby of the Hall of Fame). We made over $6,000 in donations in our drawing for our motorcycle. Pete's Harley kept a constant crowd at our booth. We sold Chris LeDoux T-shirts and videos, and promoted the Hall to people from all over the country. While at convention, I helped develop strong relationships with many of the rodeo committees as well as representatives from Miss Rodeo America, WPRA, and other organizations closely tied to the Hall of Fame. We generated over $8,000.00 in revenue for the Hall during our 17 day stay at the events.

    In January, we hit the ground running and set up a booth for two weeks at the National Western Stock Show in Denver. Once again, we displayed the motorcycles and netted over $5,000 on the Hall of Fame bike. We sold another $2,000 in merchandise. More importantly, we made many valuable contacts and let the public know that the Hall of Fame is up and running in Colorado Springs. It has been surprising how many people were under the impression that the Hall was still closed. Everyone was extremely pleased to learn that we are back in business and going strong.

EXHIBIT "A"

In the midst of the Stock Show, we were somehow able to organize and implement the 2006 World Champion Buckle Ceremony at the Hall of Fame on January 10, 2006. Approximately 800 people attended the event. According to people who have been with the PRCA for many years, it was one of the best events ever held at the Hall. Through contacts we developed at the WNFR, we were able to present entertainment by the band Ricochet, country music legend Moe Bandy, and David Ennis of the group Restless Heart. Seven of the ten world champions showed up to receive their gold buckles from Commissioner Ellerman. Hall of Fame inductee Hadley Barrett served as master of ceremonies.

On February 1, 2006, we opened the Buffalo Soldiers exhibition. On Saturday, February 4, 2006, we held a Black Cowboy Film Festival in theater two at the Hall. The event was heavily attended, and channels 5 and 30 news covered the event. On the same day, some of my staff and I operated a booth at the Chinese New Year and Asian Festival at the Phil Long Expo Center in Colorado Springs. Once again, we were able to promote the Hall of Fame on a local level as well as an international level. While at the event, I was asked to travel to Beijing, China in September in order to represent the United States along with 45 other countries at the China Cultural Festival. The representative I spoke to felt that the American Cowboy is the perfect symbol of United States history, and that the ProRodeo Hall of Fame would be the best organization to present the Cowboy of the past, present, and future. They are willing to pay most of the expenses to bring us to the event. If carried out properly, this event has the potential to gain the Hall of Fame international exposure and along with it very substantial monetary gains. We would be able to promote the Hall to tens of thousands of people from all over the world.

On February 14, 2006, members of my staff and I are going to Nashville to operate a booth at the Country Radio Seminar. This is an event that very few are allowed to attend. Through my relationship with Cowboys 4 Kids, I was able to secure the booth space. The event will involve country music radio stations from all over the country. We will be able to meet many of the country artists on an informal level. Our hope is to make relationships with these artists and bring them to the Hall of Fame to appear and/or perform at our events. These relationships have the potential of bringing a great deal of revenue to the Hall and will increase our national exposure significantly. We are currently working with local radio station KKCS on a syndicated radio show in which the Hall will produce a half hour show featuring inductees and history of the Hall. Our contacts at the CRS should help us develop the contacts necessary to promote the show nationwide.

Another project in the works is our newly formed relationship with the television program "Orange County Choppers." "Orange County Choppers" is a regular series on the Discovery Channel and is one of the most watched shows on television. Peter Relyea is a native of New York, and while there in December and January he met with Paul Teutel, Sr, the owner of OCC and producer of the show. Pete showed him photos of his "Cowboy Chopper" and has had several discussions with Paul and other members of the show over the past few weeks. Teutel is looking to create a motorcycle for the Hall of Fame, base it on a cowboy theme, and possibly produce one of his shows based on the

creation of the motorcycle. If this comes to fruition, the Hall of Fame will gain massive national exposure. If we are able to display an Orange County Chopper in the Hall of Fame, people would come from all over the country, if not the world, to see it. It is the opportunity of a lifetime for the Hall.

I have attached our new Associate Member brochure to this letter. We have made several changes to our membership, and are gaining many new members as a result. We received over $23,000 in the month of January alone. We promote the membership at all of the shows we attend and on our new website, prorodeohalloffame.com. The website has undergone several changes over the past few months, and we expect to finalize the site by the end of this month. We currently have an online store and will soon be able to market and sell our memberships online. The site will include a photo gallery of the Hall and our events, and even video clips of things taking place at the Hall. By marketing the website, we should be able to increase our membership exponentially.

One of the themes we are working on in the Hall is cultural diversity. We are planning to offer displays for the African American, Native American, Hispanic, and and cowboys of all ethnicities. Since we are the Museum of the American Cowboy, I think it is only fitting to honor all races and ethnicities that help create the legend and history of the cowboy and Western lifestyle. We are also working with several peripheral groups with rodeo and cowboy backgrounds. Besides the WPRA and Miss Rodeo America, we have met with members of the National Intercollegiate Rodeo Association, Little Britches, Ranch Rodeo Cowboys, and Professional Women's Rodeo Association to arrange to set up displays for their organizations in the Hall of Fame. We will also be contacting the National High School Rodeo Association and other groups to attempt to do the same with them. I believe we should make all of these groups feel that they are a part of the great sport of rodeo and the Western lifestyle. It will also help gain the Hall support from these groups.

As you can see, the Hall of Fame has become a "waking giant" in the rodeo and cowboy world. All of the things that are taking place are having a "snowball effect." For each contact we make, and each opportunity that comes available, there are several more waiting in the wings. From my perspective, the "sky is the limit" with the Hall of Fame. That is as long as the Board of Directors and Commissioner Ellerman continue to support our efforts. Commissioner Ellerman has explained to the department heads of the PRCA and the Hall of Fame that the PRCA Board of Directors is considering a move to Albuquerque, New Mexico. While that move may offer some limited benefits to the PRCA, it would be a death knell for the Hall of Fame. Besides losing many valuable members of my staff, I would also lose the support we are gaining in the local and national arena. In Colorado Springs alone a groundswell of support is gaining every day. Relationships that were destroyed, such as the Pikes Peak Range Riders, have been rekindled and we are now attending each others events and working well together. On a national level, the Hall is in a very delicate position since the doors were closed last year. We have spent the past several months trying to show that the Hall is a viable entity that has stabilized in its present location, a location where it has stood since 1979. To even

allow a rumor to circulate that we are moving the Hall would be devastating to all of the hard work and effort that we have put forth over the past several months.

Colorado Springs is a great area for tourism for people from all over the world. We have several thousands of dollars invested here in advertising and good will that we would lose by moving to New Mexico. I strongly believe that the Hall of Fame would founder and die in Albuquerque. It would take several years to gain support from the local community, and that community does not have anywhere near the appeal and tourism draw that we have in Colorado Springs.

In closing, I strongly urge the Board to keep the Hall of Fame where it is and always has been, Colorado Spring, Colorado. Thank you for your consideration.

Larry W. McCormack