# PROFILE EAP
# HOW CONFIDENTIAL IS MY INFORMATION?

Profile Employee Assistance Program (EAP) has built its reputation on providing a quality, confidential counseling service.

- EAPs serve two clients – the employer and the employee. It is important to note that *even though the employer pays for the counseling service, it has no special privilege to access information that is obtained in a counseling session.*

- The **Laws of Confidentiality** protect you by making it illegal and unethical for anyone to release information from a session *unless written permission is given by you,* the client. The only information the employer gets is through a quarterly report that states the total number of people that have been seen for each quarter, and the total number of employees under specific categories. These categories include: gender, age, marital status, salary range, years of employment and job type. You do have the option to refuse to give some of this information if necessary. Pages of the report are omitted when identifying information could jeopardize a client's confidentiality.

**Legal exceptions** to the confidentiality policies will occur when you are *a danger to yourself, others, or property, or where there is a reasonable indication of child abuse or neglect.* The clinical staff is legally obligated to report these things to the proper authorities. A court of law may be able to order the release of records in certain circumstances.

If you have any questions about confidentiality you may call and talk to the on-call counselor. Information about exceptions may also be discussed in the initial session.

(719) 634-1825        800-645-6571
www.ProfileEAP.org

EXHIBIT "C"