```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX002005
Cashier ID: sp
Transaction Date: 06/12/2007
Payer Name: LORI MC CORMACK
--------------------------------------
CIVIL FILING FEE
 For: LORI MC CORMACK
 Amount:         $350.00
--------------------------------------
CHECK
 Check/Money Order Num: 1477
 Amt Tendered:   $350.00
--------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

07-CV-01228


A fee of $45.00 will be assessed on
any returned check.
```