IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01228- LTB-MEH

LARRY W. MCCORMACK

Plaintiff,

v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC., PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC., TROY L. ELLERMAN, TANNA KIMBLE, CARA TURNER, RYER HITCHCOCK, PROFILE EMPLOYEE ASSISTANT PROGRAM, STEVE TUCKER, PhD., AND DOES 1 THROUGH V, INCLUSIVELY,

Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**

Defendants ProRodeo Hall of Fame and Museum of the American Cowboy, Inc., Professional Rodeo Cowboy's Association, Inc., Tanna Kimble, and Ryer Hitchcock (collectively, the "ProRodeo Defendants"), by and through their undersigned counsel, file this Unopposed Motion For Extension of Time To Answer, Move Or Otherwise Respond to Complaint, and as grounds therefore states as follows:

1. Plaintiff filed its Complaint against Defendants on June 12, 2007.

2. On July 14, 2007, Plaintiff personally served the Complaint on defendants Tanna Kimble and Ryer Hitchcock. Under Fed.R.Civ.P. 12, these two defendants have twenty (20)

days, up to and including August 3, 2007, in which to file an answer or otherwise respond to Plaintiff's Complaint.

3.   On July 25, 2007, Plaintiff served defendants ProRodeo Hall of Fame and Museum of The American Cowboy, Inc. and the Professional Rodeo Cowboys Association, Inc. Accordingly, these two defendants must answer, move, or otherwise respond to Plaintiff's Complaint on or before August 14, 2007.

4.   Plaintiff has not yet served Defendants Troy Ellerman or Cara Turner.

5.   The ProRodeo Defendants respectfully request an extension of the respective dates by which they may answer, move, or otherwise respond to Plaintiff's Complaint to September 4, 2007, which ProRodeo Defendants believe is reasonable in light of the following:

A.   Counsel for the ProRodeo Defendants was recently retained and reasonably requires additional time to investigate the underlying factual and legal issues presented by the Complaint.

B.   The Complaint asserts eight separate causes of action, most of which are alleged against some, but not all, defendants, including violations of the Federal Electronic Communications Privacy Act, breach of contract, invasion of privacy, civil conspiracy, wrongful discharge in violation of public policy, intentional interference with economic relations, breach of the implied covenant of good faith and fair dealing, and assault. Some of these causes of action may be subject to a Motion to Dismiss under Fed.R.Civ.P. 12.

C.   Counsel represents six separate defendants for which there now will exist at a minimum three separate response dates. As the factual allegations and applicable

defenses overlap, ProRodeo Defendants seek to combine the responsive pleading deadline as to the four defendants served such that one responsive pleading may be filed.

6. This request for extension is in the interest of justice and not made for purposes of delay.

### Certificate Under D.C. Colo. LCivR 7.1(A) and (D)

7. The ProRodeo Defendants have conferred with Plaintiff, who does not object to this enlargement of time and does not oppose this Motion.

8. A copy of this motion has been provided to each of the ProRodeo Defendants.

9. WHEREFORE, the ProRodeo Defendants respectfully request the Court set September 4, 2007 as the date certain by which the ProRodeo Defendants shall answer, move or otherwise respond to Plaintiff's Complaint.

DATED: July 31, 2007.

Respectfully submitted,

/s/ *Jenny Brook*
Jenny Brook, Attorney Reg. #:  29144
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:   303.572.6500
Fax:   303.572.6540
Email:  BrookJ@gtlaw.com

**Attorneys for Defendants** ProRodeo Hall of Fame and Museum of the American Cowboy, Inc., Professional Rodeo Cowboy's Association, Inc., Tanna Kimble, and Ryer Hitchcock

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 31, 2007, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

> Larry W. McCormack
> Plaintiff in Propria Persona
> 6387 Mesedge Drive
> Colorado Springs, CO 80919
> P_Eye57@hotmail.com

>> */s/Diana L. Brechtel*
>> Diana L. Brechtel, Legal Assistant