IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01228- LTB-MEH

LARRY W. MCCORMACK

Plaintiff,

v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC., PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC., TROY L. ELLERMAN, TANNA KIMBLE, CARA TURNER, RYER HITCHCOCK, PROFILE EMPLOYEE ASSISTANT PROGRAM, STEVE TUCKER, PhD., AND DOES 1 THROUGH V, INCLUSIVELY,

Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

This Court, having considered Defendants' Unopposed Motion For Extension of Time to Answer, Move or Otherwise Respond to Complaint and being duly advised in the premises thereof, hereby ORDERS:

Defendants shall have up to and including September 4, 2007 to answer, move or otherwise respond to Plaintiff's Complaint.

_____   _____
Date                              District Court Judge