IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01228- LTB-MEH

LARRY W. MCCORMACK

Plaintiff,

v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC., PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC., TROY L. ELLERMAN, TANNA KIMBLE, CARA TURNER, RYER HITCHCOCK, PROFILE EMPLOYEE ASSISTANT PROGRAM, STEVE TUCKER, PhD., AND DOES 1 THROUGH V, INCLUSIVELY,

Defendants.

___

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.4**
___

Pursuant to D.C. Colo. LCivR 7.4, Defendants ProRodeo Hall of Fame and Museum of the American Cowboy, Inc., and Professional Rodeo Cowboy's Association, Inc., certify as follows:

Defendant Professional Rodeo Cowboy's Association, Inc. ("PRCA") is a 501-C-6 membership association and there is no publicly held entity that owns ten percent or more of PRCA's stock.

Defendant ProRodeo Hall of Fame and Museum of the American Cowboy, Inc. ("ProRodeo") is a 501-C-3 subsidiary of the PRCA. There is no publicly held entity that owns ten percent or more of ProRodeo's stock.

DEN 96287529v1 7/31/2007

Dockets.Justia.co

These representations are made in order that judges of this court may determine the need for recusal.

DATED: July 31, 2007.

Respectfully submitted,

/s/ *Jenny Brook*
Jenny Brook, Attorney Reg. #: 29144
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:   303.572.6500
Fax:   303.572.6540
Email: BrookJ@gtlaw.com

**Attorneys for Defendants** ProRodeo Hall of Fame and Museum of the American Cowboy, Inc. and Professional Rodeo Cowboy's Association, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2007, a true and correct copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO RULE 7.4** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

>Larry W. McCormack
>Plaintiff in Propria Persona
>6387 Mesedge Drive
>Colorado Springs, CO 80919
>P_Eye57@hotmail.com

>>/s/ *Diana Brechtel*
>>Diana Brechtel, Legal Assistant