IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01228-LTB-MEH

LARRY W. MCCORMACK,

    Plaintiff,

v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC.,
PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,
TROY L. ELLERMAN,
TANNA KIMBLE,
CARA TURNER,
RYER HITCHCOCK,
PROFILE EMPLOYEE ASSISTANT PROGRAM,
STEVE TUCKER, PhD,
DOES I THROUGH V, INCLUSIVELY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 2, 2007.**

    The Unopposed Motion for Extension of Time to File Responsive Pleading to Complaint filed by Defendants ProRodeo Hall of Fame and Museum of the American Cowboy, Inc., Professional Rodeo Cowboy's Association, Inc., Tanna Kimble, and Ryer Hitchcock [filed July 31, 2007; Doc #4] is **granted**. Defendants shall file their Answer or other responsive pleading on or before September 4, 2007. Defendants are instructed to comply with D.C. Colo. LCivR 6.1C, 6.1D, and 10.1J on all future filings in this Court. Also, the parties are reminded of their obligations concerning the Scheduling/Planning Conference and Rule 26(a)(1) disclosures, as well as the time frames for these events set forth in the Federal Rules of Civil Procedure.