IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01228-LTB-KLM

LARRY W. McCORMACK

Plaintiff(s)

v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC.;
PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.;
TROY L. ELLERMAN;
TANNA KIMBLE;
CARA TURNER;
RYER HITCHCOCK;
PROFILE EMPLOYEE ASSISTANT PROGRAM;
STEVE TUCKER, PhD;
DOES I THROUGH V, INCLUSIVELY;

Defendants(s)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 4 2007

GREGORY C. LANGHAM
CLERK

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SCHEDULING/PLANNING CONFERENCE PURSUANT TO F.R.C.P. 16(b)

Plaintiff respectfully moves (1) for rescheduling of scheduling/planning conference pursuant to F.R.C.P 16(b) previously ordered by Magistrate Judge Michael E. Hegerty on June 18, 2007.

The undersigned has conferred verbally, by telephone, with counsel for all defendants duly served with notice in this action and is authorized to state that defendants do not oppose this motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01228-LTB-KLM

LARRY W. McCORMACK

Plaintiff(s)

v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC.;
PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.;
TROY L. ELLERMAN;
TANNA KIMBLE;
CARA TURNER;
RYER HITCHCOCK;
PROFILE EMPLOYEE ASSISTANT PROGRAM;
STEVE TUCKER, PhD;
DOES I THROUGH V, INCLUSIVELY;

Defendants(s)

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SCHEDULING/PLANNING CONFERENCE PURSUANT TO F.R.C.P. 16(b)**

---

Plaintiff respectfully moves (1) for rescheduling of scheduling/planning conference pursuant to F.R.C.P 16(b) previously ordered by Magistrate Judge Michael E. Hegerty on June 18, 2007.

The undersigned has conferred verbally, by telephone, with counsel for all defendants duly served with notice in this action and is authorized to state that defendants do not oppose this motion.

1. A scheduling/planning conference has been set in this case for Friday, September 21, 2007 at 9:15 a.m. by Minute Order entered by Magistrate Judge Michael E. Hegarty dated June 18, 2007.

2. Defendants Troy L. Ellerman and Cara Turner have not been served with the Summons and Complaint in this matter. Further attempts to affect service on these defendants will be made in the near future.

3. The remaining four of the "ProRodeo Defendants," ProRodeo Hall of Fame and Museum of the American Cowboy, Inc.; Professional Rodeo Cowboys Association, Inc.; Tanna Kimble; and, Ryer Hitchcock have been served with the Summons and Complaint and, pursuant to defendants unopposed motion filed on July 31, 2007 by counsel, are required to file a Response no later than September 4, 2007.

4. Defendants Profile Employee Assistant Program and Steve Tucker, PhD have both been served with the Summons and Complaint and have filed an Answer on August 13, 2007.

5. Plaintiff Larry W. McCormack has a prior commitment in California for the week of September 15, 2007, namely his daughter's wedding, and will be unable to prepare for and participate in the proposed scheduling order at the time previously ordered.

6. According to Peggy Forest, secretary for defendant's attorney Melvin B. Sabey, Mr. Sabey also has conflicting prior commitments around the September 21, 2007 proposed date.

7. Plaintiff and defendants respectfully request an extension of time until the week of October 15, 2007 in which to appear at the scheduling/planning conference.

Resetting the conference until this date will also allow the additional time necessary to serve the remaining two defendants and for them to file a response prior to the scheduling/planning conference.

8. Pursuant to D.C. COLO. L. CIV. R. L.1 (C) and (D), the undersigned confirms that no prior extensions have been requested or received concerning the subject matter of this motion, and that a copy of this motion has been served upon the defendants.

9. A proposed form of order is submitted with this motion.

Dated August 24, 2007

Respectfully submitted,

Larry W. McCormack
6387 Mesedge Drive
Colorado Springs, CO 80919
Phone: (719) 302-6200
Fax: (719) 302-2502
P_eye57@hotmail.com

**PLAINTIFF, In pro per**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 24, 2007, I served the foregoing documents by placing true and correct copies in the U.S. Mail, first-class, postage prepaid, addressed as follows:

Melvin B. Sabey, Esq.
KUTAK ROCK, LLP
1801 California Street, Suite 3100
Denver, CO 80202

Jenny Brook, Esq.
GREENBERG TRAUREG, LLP
The Tabor Center
1200 Seventeenth Street, Suite 2400
Denver, CO 80202

Larry W. McCormack

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1 and D.C.COLO.LCrR 49.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and no longer than ten pages, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L and D.C.COLO.LCrR 49.3L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: September 24, 2007

2. Name of attorney or *pro se* party making the transmission: Larry W. McCormack

   Facsimile number: 719-302-2502        Telephone number: 719-302-6200

3. Case number, caption, and title of pleading or paper: 07-CV-01228-LTB-KLM
Larry W. McCormack v. ProRodeo Hall of Fame and Museum of the American Cowboy, et al.

4. Number of pages being transmitted, including the facsimile cover sheet: 6

Instructions, if any: Please file stamp the extra copy of the first page of the attached pleading and return to sender via facsimile. The original pleading will be filed at a later date.

(Rev. 04/16/02)