IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01228- LTB-KLM

LARRY W. MCCORMACK

Plaintiff,

v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC.,
PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,
TROY L. ELLERMAN,
TANNA KIMBLE,
CARA TURNER,
RYER HITCHCOCK,
PROFILE EMPLOYEE ASSISTANT PROGRAM,
STEVE TUCKER, PhD., AND
DOES 1 THROUGH V, INCLUSIVELY,

Defendants.

---

### MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

---

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants ProRodeo Hall of Fame and Museum of the American Cowboy, Inc., Professional Rodeo Cowboy's Association, Inc., Tanna Kimble, and Ryer Hitchcock, respectfully request this Court to dismiss the Complaint filed by Plaintiff Larry McCormack ("McCormack"). In support of this Motion and in accordance with D.C. Colo. L. Civ. R. 7.1 a supporting brief is filed contemporaneously herewith.

DEN 96288852v6 9/4/2007

Dated this 4th day of September, 2007.

                                Respectfully submitted,

                                /s/
                        Jenny Brook, Attorney Reg. #: 29144
                        GREENBERG TRAURIG, LLP
                        The Tabor Center
                        1200 Seventeenth Street, Suite 2400
                        Denver, Colorado 80202
                        Tel:   303.572.6500
                        Fax:  303.572.6540
                        Email: BrookJ@gtlaw.com

                        **Attorneys for Defendants** ProRodeo Hall of Fame and Museum of the American Cowboy, Inc., Professional Rodeo Cowboy's Association, Inc., Tanna Kimble, and Ryer Hitchcock

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 4, 2007, a true and correct copy of the foregoing **MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

> Larry W. McCormack
> Plaintiff in Propria Persona
> 6387 Mesedge Drive
> Colorado Springs, CO 80919
> P_Eye57@hotmail.com

/s/
Debra Sikes
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:   303.572.6500
Fax:   303.572.6540
Email: SikesD@gtlaw.com