IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2007 SEP -6 PM 2:01

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Civil/Criminal Action No. 07-CV-01228-LTB-KLM

LARRY W. McCORMACK
   Plaintiff,
v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC., et al.
   Defendant.

## CONSENT TO SERVICE BY ELECTRONIC MEANS

The undersigned party hereby consents to service of pleadings and orders by electronic means as designated below in accordance with D.C.COLO.LCivR 5.2A or D.C.COLO.LCrR 49.2.

[ ] Facsimile transmission

[X] Electronic mail

The format to be used for attachments to e-mail is MS-Word, PDF, RTF

The undersigned party also acknowledges that this consent does not require service of orders or papers by the specified means unless the judicial officer or serving party elects to serve by that means.

Dated this 6th day of September, 2007

**Party name:**

Larry W. McCormack

**Facsimile and/or E-mail address for service:**

P_eye57@yahoo.com

**Signature and mailing address:**

_(Signature)_

Larry W. McCormack

6387 Mesedge Dr

Colorado Springs, CO 80919  719-440-7850

_(Typed Name, Address & Telephone Number)_