**COLORADO RETURN OF SERVICE**  **AFFIDAVIT OF SERVICE**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2007 SEP -6 PM 1:59

GREGORY C. LANGHAM
CLERK

_____ DEP. CLK

Plaintiff/Petitioner:
Larry W. McCormack

United States District Court
for the District of Colorado

Vs.

County of JEFFERSON

Defendant (s)/Respondent:
ProRodeo Hall of Fame and Museum of
The American Cowboy, Inc., et al.

Case# 07-CV-01228-LTB-MEH

Affiant, TERRY D. MILLER

Affirm that I am over the age of eighteen years and not a party to this action. I have served a separate set of the pleadings for each named party, by leaving the following named documents with a person over the age of eighteen years, at the following place and time:

**SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION PURSUANT TO 28 U.S.C. 636 (C), FED. R CIV. P 73, AND D.C. COLO LCIVR 72.2; MINUTE ORDER, AND ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

TO  DON RAIA
AS PROCESS CLERK FOR INDEPENDENT RESEARCH, REGISTERED AGENT FOR

**Professional Rodeo Cowboys Association, Inc.**

At     12649 W. WARREN AVE     City of   LAKEWOOD     State of Colorado
At their usual place of BUSINESS on   7/25/07     at     2:40 PM

Comments:

TERRY D. MILLER
Affiant

Subscribed and sworn to
Before me on the 26TH day of
JULY, 2007

(Notary Public) Expires: April 1, 2009

**SERVICE FEE: $25.00**