07-cv-1228LTB-KLM

# RETURN OF SERVICE

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2007 SEP -6 PH 2:01

GREGORY C. LANGHAM
CLERK

NAME OF SERVER: Will Hamilton
TITLE: Agent

Check one box to indicate appropriate method of service.

[X] Served personally upon the defendant. Place where left: 1633 Medical Center Point Ste. 253 (Profile Employee Assistant Program) Colorado Springs, CO 80907

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 26 July 2007
AT: 1120 hrs.
Date

Signature of Server: Will Hamilton

Address of Server: 3130 Boychuk Ave, Ste. H
Colorado Springs, CO 80910
Ph# 719-390-6224