**COLORADO RETURN OF SERVICE**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
**AFFIDAVIT OF SERVICE**

2007 OCT 10 PM 3: 27

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Plaintiff/Petitioner:
LARRY W. MCCORMACK

Court: U.S. DISTRICT COURT (COLORADO)

County of   BOULDER

Vs.

Court Date:

Defendant (s)/Respondent:
PRO RODEO HALL OF FAME AND
MUSEUM OF THE AMERICAN COWBOY, INC., et al.

Case#:  07-CV-01228 – LTB-MEH

Affiant,   TERRY D. MILLER

Affirm that I am over the age of eighteen years and not a party to this action. I have served a separate set of the pleadings for each named party, by leaving the following named documents with a person over the age of eighteen years, at the following place and time:

**FEDERAL CIVIL SUMMONS, COMPLAINT, INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICITION PURSUANT TO 28 USC 636 ©, FED. R. CIV. P 73, and D. C. COLOR.LCivR 72.2, MINUTE ORDER, and ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

TO   REBECCA ROXIEA
AS CHIEF CLERK AUTHORIZED TO ACCEPT SERVICE FOR CARA TURNER

At    921 WALNUT ST, STE 250      City of    BOULDER        State of Colorado
At their usual place of BUSINESS on    10/9/07       at       2:40 PM

Comments:

TERRY D. MILLER
Affiant

Subscribed and sworn to
Before me on the 10TH day of
OCTOBER, 2007

(Notary Public) Expires: April 1, 2009

**SERVICE FEE: $47.60**