IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01228-LTB-KLM

LARRY W. MCCORMACK,

    Plaintiff(s),

v.

PRORODEO HALL OF FAME AND MUSEUM OF THE AMERICAN COWBOY, INC.,
TROY L. ELLERMAN,
TANNA KIMBLE,
CARA TURNER,
RYER HITCHCOCK,
PROFILE EMPLOYEE ASSISTANT PROGRAM, and
STEVE TUCKER,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Amend Complaint** [Docket No. 44; filed November 28, 2007] (the "Motion").

Plaintiff filed his original Complaint while proceeding *pro se*. Plaintiff has since obtained legal representation, and now seeks to file an Amended Complaint to both cure deficiencies in his original Complaint and enlarge the factual basis for certain of his claims. Defendants do not appear to oppose this request.

Fed. R. Civ. P. 15(a) provides liberal standards for amending a pleading: before a response pleading is filed a party may amend a pleading at any time without leave of court, and after a responsive pleading is filed leave to amend "shall be freely given when justice so requires." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993). The requested amendment is timely under the Scheduling Order [Docket No. 39]

and there is no evidence of prejudice, bad faith or dilatory motive.  The Court finds that justice requires that Plaintiff be allowed to amend his Complaint.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [Docket No. 44] is **GRANTED**.  The Clerk of the Court is directed to file Docket No. 44-2 as Plaintiff's First Amended Complaint.  Defendants have **twenty (20) days** from the date of this Order to answer or otherwise respond to Plaintiff's First Amended Complaint.

BY THE COURT:
\_\_s/ Kristen L. Mix_____
United States Magistrate Judge

Dated:  December 20, 2007