**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01228-LTB-MEH

LARRY W. MCCORMACK,
    Plaintiff,

v.

PRORODEO HALL OF FAME AND MUSEAU OF THE AMERICAN COWBOY, INC.,
PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,
TROY L. ELLERMAN,
TANNA KIMBLE,
CARA TURNER,
RYER HITCHCOCK,
PROFILE EMPLOYEE ASSISTANT PROGRAM,
STEVE TUCKER, PhD.,
DOES I THROUGH V, INCLUSIVELY,
    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal of Defendant Steve Tucker, M.D., With Prejudice (Doc 82 - filed May 22, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Steve Tucker, M.D.,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                  Lewis T. Babcock, Judge

DATED: May 23, 2008