IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01228-LTB-KMT

LARRY W. MCCORMACK,
    Plaintiff,

v.

PRORODEO HALL OF FAME AND MUSEAU OF THE AMERICAN COWBOY, INC.,
PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,
TROY L. ELLERMAN,
TANNA KIMBLE,
CARA TURNER,
RYER HITCHCOCK,
PROFILE EMPLOYEE ASSISTANT PROGRAM,
STEVE TUCKER, PhD.,
DOES I THROUGH V, INCLUSIVELY,
        Defendants.

___

## ORDER
___

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal of Defendant Profile Employee Assistance Program, With Prejudice (Doc 84 - filed June 10, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Profile Employee Assistance Program,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: June 11, 2008