**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01228-LTB-KMT

LARRY W. MCCORMACK,

      Plaintiff,

v.

PRORODEO HALL OF FAME AND MUSEAU OF THE AMERICAN COWBOY, INC.,
PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,
TROY L. ELLERMAN,
TANNA KIMBLE,
CARA TURNER,
RYER HITCHCOCK,
DOES I THROUGH V, INCLUSIVELY,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal of Defendant With Prejudice (Doc 86 - filed June 23, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: June 24, 2008